UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 7** |
| CM VAUGHN, LLC, | ) | **CASE NO. 08-64060-MGD** |
| | ) | **LEAD CASE** |
| DEBTOR | ) | |
| | ) | |
| IN RE: | ) | **CHAPTER 7** |
| CHARLES MICHAEL VAUGHN, | ) | **CASE NO. 08-64071-MGD** |
| DEBTOR | ) | |
| _____ | ) | |

**SECOND INTERIM APPLICATION OF**

**HAYS FINANCIAL CONSULTING, LLC AS ACCOUNTANT FOR THE**

**TRUSTEE FOR COMPENSATION FOR SERVICES AND**

**REIMBURSEMENT OF EXPENSES**

The application of Hays Financial Consulting, LLC respectfully represents:

1.

Hays Financial Consulting, LLC (hereinafter referred to as "Applicant" or 'Accountant") was appointed by
Court Order entered April 16, 2008, as the Accountants for the Trustee with duties described herein.

2.

The Accountant makes this application for compensation for services under Section 330(a)(1) and
for reimbursement of expenses under Section 330(a)(2).

3.

Pursuant to the Order entered by the Court on April 16, 2008, authorization was granted for the Accountant to:

a) Review and analyze all books and records of the Debtors, including verification of accounts with regard to assets, liabilities, financial affairs, and financial obligations; electronic data discovery; and all other work necessary to assist the estate to comply with the reporting and accounting requirements of these cases.

b) Prepare federal and state tax returns and all other financial documents required by federal and state law.

c) Review any claims filed by the Internal Revenue Service

d) Perform such other work as may be indicated by the Accountant's analysis of the records of the Debtor and the Estate.

4.

The Applicant respectfully requests that it be paid its fees in the amount of $40,008.50 and reimbursed its costs of $2,457.64 as authorized the Court's order entered April 16, 2008. The fees and expenses were incurred in the Accountants efforts to:

- Review and analyze over thirty boxes of files and documents for leads regarding assets.
- Review and analyze transactions in over forty bank accounts utilized by the Debtor and prepared a transaction database.
- Review and analyze transactions in over twenty credit card accounts utilized by the Debtor.
- Prepare disk images of hard drives from numerous computers and smart phones utilized by the Debtor.
- Analyze the information and data retrieved from the disk images.
- Provide litigation support for the Trustee in adversary filings, depositions and hearings.
- Prepare federal and state tax returns and all other financial documents required by federal and state law.

5.

The Applicant shows that these fees and expenses were incurred in accordance with the order of the Court and are reasonable as indicated above and in detail entries presented in Exhibit "A".

6.

This is the second interim fee application from the Applicant and includes the period September 1, 2008 through November 14, 2011.

7.

No agreement or understanding exists between the Applicants and any other person or firm for the sharing of compensation which may be allowed to the Applicant and no such sharing or division shall be made.

8.

The Applicant has not entered into any agreement, express or implied, with the Debtor or any other party in interest herein, or any attorney for any such persons for the purpose of fixing the amount of fees or any other compensation to be allowed out of or paid from the assets of the Debtor.

WHEREFORE, Applicant respectfully prays that in the amount of $40,008.50 and expense reimbursement in the amount of $2,457.64 be allowed for a total award of $42,466.14 be granted to Applicant as the fair and reasonable value of services rendered as Accountants for the Trustee.

Hays Financial Consulting, LLC, Court Appointed Accountants for Neil C. Gordon, Chapter 7 Trustee for CM Vaughn, LLC and Charles Michael Vaughn, Debtors.

By: _____

James R. Begnaud, Director of Hays Financial Consulting, LLC

Hays Financial Consulting, LLC
3343 Peachtree Road NE Suite 200
Atlanta, Georgia 30326

# EXHIBIT A

### Hays Financial Consulting, LLC
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA 30326

**CM Vaughn LLC**

**For the Period from    9/1/2008   to  11/14/2011**

November 16, 2011

Professional Services

|  | Hours | Amount |
|---|---|---|
| Asset Analysis & Recovery | 14.80 | 2,111.50 |
| Asset Disposition | 16.30 | 2,550.50 |
| Data Analysis | 8.80 | 1,846.00 |
| Fee / Employment Applications & Objection | 8.80 | 2,180.00 |
| Litigation Consulting | 73.20 | 17,388.50 |
| Reconstruction Accounting | 8.50 | 1,123.00 |
| Tax Issues | 50.70 | 12,809.00 |
| **For professional services rendered** | **181.10** | **$40,008.50** |

Additional Charges :

|  |  |
|---|---|
| Copying Cost | 193.30 |
| Delivery Cost | 9.53 |
| Document Storage | 1,791.00 |
| Expense Reports | 74.70 |
| Fax | 4.75 |
| Federal Express | 29.85 |
| Lexis | 5.39 |
| Miscellaneous | 40.00 |
| Pacer Charges | 73.44 |
| Postage | 16.32 |
| Tax Return Filing Fees | 75.60 |
| Telephone Charges | 143.76 |
| **Total costs** | **$2,457.64** |
| **Total amount of this bill** | **$42,466.14** |

## Hays Financial Consulting, LLC

3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

**CM Vaughn LLC**

**For the Period from    9/1/2008   to  11/14/2011**

November 16, 2011

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| Dick Atcheson | 11.40 250.00/hr | 2,850.00 |
| Dwaine A. Butler | 23.30 113.05/hr | 2,634.00 |
| J. Colt Conner, CFE | 2.00 130.00/hr | 260.00 |
| James R. Begnaud, CPA | 81.90 256.75/hr | 21,027.50 |
| Jim Jennings | 27.00 250.00/hr | 6,750.00 |
| Julie N. Hentosz, CFE | 17.70 101.13/hr | 1,790.00 |
| Mark C. King, CTP, CCE | 6.70 231.49/hr | 1,551.00 |
| Richard F. Hunter, CFE | 4.90 206.33/hr | 1,011.00 |
| S. Gregory Hays, CTP, CIRA | 5.10 391.67/hr | 1,997.50 |
| Samantha Jose | 1.10 125.00/hr | 137.50 |
| **For professional services rendered** | **181.10** | **$40,008.50** |

Additional Charges :

| | |
|---|---|
| Copying Cost | 193.30 |
| Delivery Cost | 9.53 |
| Document Storage | 1,791.00 |
| Expense Reports | 74.70 |
| Fax | 4.75 |
| Federal Express | 29.85 |
| Lexis | 5.39 |
| Miscellaneous | 40.00 |
| Pacer Charges | 73.44 |
| Postage | 16.32 |
| Tax Return Filing Fees | 75.60 |
| Telephone Charges | 143.76 |
| **Total costs** | **$2,457.64** |

CFE - Certified Fraud Examiner                          CPA - Certified Public Accountant
CIRA - Certified Insolvency and Restructuring Advisor   CTP - Certified Turnaround Professional
                                                        PHR - Professional In Human Resources

CM Vaughn LLC

Page    2

| | Amount |
|---|---|
| Total amount of this bill | $42,466.14 |

**Hays Financial Consulting, LLC**
3343 Peachtree Road, NE
East Tower, Suite 200
Atlanta, GA  30326

CM Vaughn LLC

**For the Period from    9/1/2008   to   11/14/2011**

November 16, 2011

Professional Services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Asset Analysis & Recovery** | | |
| 9/10/2008 | DAB | Organized pallets, reviewed and researched value of assets recovered for potential sale. | 0.50 100.00/hr | 50.00 |
| 9/22/2008 | DAB | Continued review and research for current values. Reviewed eBay for listings. | 0.60 100.00/hr | 60.00 |
| 9/29/2008 | RFH | Reviewed and responded to emails from the Trustee, Nancy Overholtzer, and Greg Hays regarding the debtor's financial status and passport. Telephone calls to and from David Riser regarding same. | 0.40 195.00/hr | 78.00 |
| | JRB | Telephone call to FBI investigator regarding Vaughn's passport. | 0.40 230.00/hr | 92.00 |
| | SGH | Telephone calls and reviewed and responded to emails regarding issues in connection with Charles Vaughn. Drafted email to Neil Gordon and Nancy Overholtzer. | 0.30 350.00/hr | 105.00 |
| 10/22/2008 | DAB | Inventoried assets. Reviewed and analyzed values on eBay of recovered assets. | 0.30 100.00/hr | 30.00 |
| 10/30/2008 | DAB | Reviewed boxes of the contents of the Trowbrook property. Telephone call to Richard Hunter regarding disposal of same. | 0.30 100.00/hr | 30.00 |
| 11/5/2008 | RFH | Reviewed email from Nancy Overholtzer regarding whereabouts of debtor. Researched Lexis-Nexis for any leads. | 0.30 195.00/hr | 58.50 |
| 11/6/2008 | DAB | Reviewed and researched information related to values of assets. Reviewed inventory spreadsheet. Telephone call to Jon Oates regarding same. | 0.30 100.00/hr | 30.00 |
| 11/7/2008 | DAB | Reviewed inventory of assets for values and worth. Researched internet regarding prices for Dell monitors and flat screen televisions. | 0.30 100.00/hr | 30.00 |
| 11/13/2008 | RFH | Reviewed records for information on the vehicles and boat per request of Jim Begnaud. | 0.20 195.00/hr | 39.00 |
| | DAB | Drafted inventory of recovered assets. Reviewed and assessed current value of assets. Telephone call to Richard Hunter regarding status of motion to sell assets. | 0.40 100.00/hr | 40.00 |

**CM Vaughn LLC**

Page    2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2008 | DAB | Reviewed and researched eBay website for determination of value of equipment. | 0.40<br>100.00/hr | 40.00 |
| 11/21/2008 | DAB | Reviewed information related to values of assets recovered. Discussed method of marketing inventory with Richard Hunter. | 0.30<br>100.00/hr | 30.00 |
| 12/1/2008 | DAB | Reviewed recovered assets for determination of sale and value. Drafted inventory spreadsheet. | 0.30<br>100.00/hr | 30.00 |
| 12/9/2008 | DAB | Prepared for and met with Mark King at warehouse for delivery of server equipment. Discussed bar coding of assets and sale and disposal of computer equipment. | 0.50<br>100.00/hr | 50.00 |
| 12/11/2008 | DAB | Reviewed assets recovered for determination of abandonment. | 0.30<br>100.00/hr | 30.00 |
| 12/16/2008 | DAB | Reviewed records and assets for determination of abandonment and inventory. Reviewed inventory and drafted spreadsheet. | 0.40<br>100.00/hr | 40.00 |
| 12/30/2008 | DAB | Researched values of phone system recovered from offices. | 0.30<br>100.00/hr | 30.00 |
| 1/19/2009 | DAB | Reviewed and inventoried assets recovered. | 0.40<br>110.00/hr | 44.00 |
| 3/3/2009 | DAB | Reviewed and responded to email from Jim Begnaud regarding the recovery of specific assets from the Trowbrook property. Telephone call to Mr. Begnaud regarding same. | 0.20<br>110.00/hr | 22.00 |
| 6/23/2009 | DAB | Telephone call from Jim Begnaud regarding the specifics and recovery of the assets. Telephone call from Charles Vaughn regarding same. | 0.20<br>110.00/hr | 22.00 |
| 6/24/2009 | DAB | Reviewed and responded to emails from Jim Begnaud regarding the recovery and transport of the Vaughn's office inventory. Telephone calls from Mr. Begnaud regarding the analysis of the remaining records. Telephone call from Charles Vaughn regarding plans to pick up the items. | 0.30<br>110.00/hr | 33.00 |
| 6/25/2009 | DAB | Reviewed asset inventory at the storage facility. Prepared inventory document in preparation of release to party. Discussed same with Richard Hunter. | 1.00<br>110.00/hr | 110.00 |
| 6/29/2009 | DAB | Drafted email to Jim Begnaud regarding the Vaughn assets. Reviewed and responded to emails from Mr. Begnaud regarding same. Telephone calls to and from Mr. Begnaud regarding same. | 0.20<br>110.00/hr | 22.00 |
| 7/6/2009 | RFH | Discussed handling of Vaughn's personal assets with Jim Begnaud. | 0.20<br>210.00/hr | 42.00 |
| | JRB | Discussions with Richard Hunter regarding turnover of personal assets to Charles Vaughn. | 0.40<br>250.00/hr | 100.00 |
| 7/10/2009 | RFH | Reviewed notes from Jim Begnaud regarding Vaughn's personal assets. Drafted email to Kline Preston regarding same. | 0.20<br>210.00/hr | 42.00 |
| 11/4/2009 | RFH | Reviewed emails from Greg Hays regarding Charles Vaughn's personal assets. Drafted email to Dwaine Butler regarding inventory of assets and records. Reviewed and responded to email from Mr. Butler regarding same and drafted email to Mr. Hays with the inventory. Discussed same with Mr. Hays. | 0.40<br>210.00/hr | 84.00 |

**CM Vaughn LLC**                                                                      Page      3

|            |     |                                                                                                                                                                                             | Hrs/Rate | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 11/4/2009  | DAB | Reviewed and responded to email from Richard Hunter regarding Charles Vaughn's personal assets and records. Reviewed inventory at the storage facility and drafted inventory list. Drafted email to Mr. Hunter regarding same. | 0.70 110.00/hr | 77.00 |
| 11/5/2009  | DAB | Reviewed email from Richard Hunter regarding specific details related to Charles Vaughn's personal assets. Reviewed records recovered from Charles Vaughn's office. | 0.80 110.00/hr | 88.00 |
|            | RFH | Reviewed email from Greg Hays to Neil Gordon regarding inventory of assets. Drafted email to Neil Gordon regarding same. | 0.20 210.00/hr | 42.00 |
| 11/6/2009  | RFH | Reviewed and responded to email from Greg Hays regarding Charles Vaughn's personal assets and records. Drafted emails to Scott Riddle and Kline Preston regarding same. Telephone call from Mr. Preston regarding same. Reviewed and responded to email from Mr. Riddle regarding same. Discussed same with Mr. Hays. | 0.60 210.00/hr | 126.00 |
| 1/12/2010  | RFH | Reviewed and responded to email from Jim Begnaud regarding turning over Vaughn's personal assets to the judgment holder. | 0.20 225.00/hr | 45.00 |
| 1/25/2010  | RFH | Discussed issues with Jim Begnaud and Greg Hays regarding Vaughn's personal assets. Drafted emails to Kline Preston and Scott Riddle regarding same. | 0.30 225.00/hr | 67.50 |
|            | DAB | Telephone call from Richard Hunter regarding the inventory and recovery of Vaughn's personal assets. Reviewed inventory at the storage facility and revised inventory document | 0.50 125.00/hr | 62.50 |
| 1/28/2010  | RFH | Reviewed and responded to email from Jim Begnaud regarding recovery and disposition of Vaughn's personal assets. | 0.20 225.00/hr | 45.00 |
| 2/4/2010   | RFH | Drafted email to and reviewed email from Jim Begnaud regarding return of assets to judgment creditor. | 0.20 225.00/hr | 45.00 |
|            | DAB | Discussed issues with Richard Hunter regarding the return of the assets and other matters regarding same. | 0.20 125.00/hr | 25.00 |
|            | DAB | Reviewed and inventoried the assets. Discussed issues with Richard Hunter regarding the return of the assets and coordination of same. | 0.40 125.00/hr | 50.00 |
| 2/25/2010  | DAB | Drafted email to Richard Hunter regarding the recovery and return of Vaughn's personal assets. Reviewed and responded email from Mr. Hunter regarding same. | 0.20 125.00/hr | 25.00 |
|            |     | Subtotal                                                                                                                                                                                        | 14.80    | 2,111.50 |

**Asset Disposition**

|           |     |                                                                                       | Hrs/Rate | Amount |
|-----------|-----|---------------------------------------------------------------------------------------|----------|--------|
| 9/5/2008  | DAB | Telephone call from Mac McElroy regarding computer monitors recovered.                 | 0.30 100.00/hr | 30.00 |

**CM Vaughn LLC**                                                    Page        4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/17/2008 DAB | Telephone call from Mac McElroy regarding status of liquidation of computer equipment and phone system. | 0.20<br>100.00/hr | 20.00 |
| 9/22/2008 RFH | Reviewed and responded to email from Kathy Malek regarding the sale of the Vaughn residence and the report of sale. Printed report of sale for Ms. Malek to include with utility cancellations. | 0.30<br>195.00/hr | 58.50 |
| 10/8/2008 RFH | Reviewed and responded to email from Nancy Overholtzer regarding the sale of the interest in the race horse. | 0.20<br>195.00/hr | 39.00 |
| 10/9/2008 RFH | Reviewed and responded to email from Nancy Overholtzer regarding the sale of assets of the estate. | 0.20<br>195.00/hr | 39.00 |
| 10/15/2008 DAB | Telephone call from Mac McElroy regarding status of computer equipment and phone system. | 0.20<br>100.00/hr | 20.00 |
| 11/3/2008 DAB | Telephone call from Mac McElroy regarding status of liquidation of computer equipment and assets. Telephone call to Mark King regarding same. | 0.20<br>100.00/hr | 20.00 |
| 11/4/2008 DAB | Reviewed and responded to email from Mark King regarding status of liquidating the assets. | 0.20<br>100.00/hr | 20.00 |
| 11/5/2008 DAB | Reviewed assets with Marc Hawkins. | 0.40<br>100.00/hr | 40.00 |
| 11/6/2008 DAB | Reviewed voice message from Dwight Rallings regarding potential sale of computer monitors. Telephone calls to Mr. Rallings regarding same. | 0.20<br>100.00/hr | 20.00 |
| 11/17/2008 DAB | Reviewed voice message from Mac McElroy regarding computer monitors. Telephone call to Mr. McElroy regarding status of sale of assets. | 0.20<br>100.00/hr | 20.00 |
| 11/19/2008 DAB | Edited and drafted spreadsheet of recovered assets. | 0.20<br>100.00/hr | 20.00 |
| 3/6/2009 DAB | Discussed liquidation of computer equipment with Mark King. | 0.30<br>110.00/hr | 33.00 |
| 3/24/2009 DAB | Telephone call from Mac McElroy regarding the liquidation of the remaining computer monitors. | 0.20<br>110.00/hr | 22.00 |
| 5/14/2009 DAB | Telephone call from Mac McElroy regarding his interest in the computer monitors recovered. | 0.20<br>110.00/hr | 22.00 |
| 5/19/2009 DAB | Researched information regarding the value of the computer equipment recovered from offices. Telephone call from Mac McElroy regarding the availability of the monitors. | 0.20<br>110.00/hr | 22.00 |
| 6/2/2009 DAB | Telephone call from Mac McElroy regarding specific information regarding the Dell monitors stored at the storage facility. | 0.20<br>110.00/hr | 22.00 |
| 6/12/2009 DAB | Telephone calls to and from Mac McElroy regarding the status of the disposition of the computer monitors. | 0.20<br>110.00/hr | 22.00 |
| 6/23/2009 DAB | Telephone call from Mac McElroy regarding his interest in the Phonex phone system recovered. | 0.20<br>110.00/hr | 22.00 |
| JRB | Drafted and responded to email to and from Scott Riddle regarding assets to be turned over to Charles Vaughn. Discussions with Dwaine Butler and Greg Hays regarding same. | 0.80<br>250.00/hr | 200.00 |

**CM Vaughn LLC**

Page     5

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/24/2009 | JRB | Drafted email correspondence to the Trustee and Counsel regarding the turnover of assets to Charles Vaughn.  Telephone calls to and from Dwaine Butler regarding same. | 0.70 250.00/hr | 175.00 |
| 6/26/2009 | JRB | Continued correspondence with Trustee regarding release of assets to Charles Vaughn. | 0.40 250.00/hr | 100.00 |
| | DAB | Telephone call from Charles Vaughn regarding the assets. Discussed issues regarding the release of the assets with Jim Begnaud. | 0.20 110.00/hr | 22.00 |
| 6/29/2009 | DAB | Reviewed and responded to emails from Jim Begnaud regarding the release of the Vaughn assets from storage facility. Telephone call from Charles Vaughn regarding the recovery of the assets. | 0.20 110.00/hr | 22.00 |
| 10/7/2009 | JRB | Reviewed judgment documentation from Tennessee US District Court requesting assets held in HFC warehouse. | 0.30 250.00/hr | 75.00 |
| 11/4/2009 | SGH | Reviewed list of records and Vaughn's personal assets and discussed disposition with Richard Hunter. | 0.30 375.00/hr | 112.50 |
| 6/2/2010 | DAB | Drafted email to and reviewed emails from Jim Begnaud regarding the status of the case and return of assets. | 0.20 125.00/hr | 25.00 |
| 7/12/2010 | DAB | Reviewed several emails from Greg Hays regarding the assets.  Reviewed Writ of Execution to turn over assets to judgment creditor. | 0.30 125.00/hr | 37.50 |
| 9/21/2010 | DAB | Held telephone call with Kline Preston regarding the recovery of the office assets.  Discussed issues with Jim Begnaud regarding same. | 0.20 125.00/hr | 25.00 |
| 9/22/2010 | JRB | Discussion with Dwaine Butler and Greg Hays regarding disposition of the assets. | 0.40 275.00/hr | 110.00 |
| | DAB | Held discussion with Greg Hays and Jim Begnaud regarding the disposition of the remaining assets. | 0.30 125.00/hr | 37.50 |
| | DAB | Discussed issues with Jim Begnaud regarding the disposition of the assets and correspondence with Judgment creditor.  Held telephone call with Kline Preston regarding same.  Reviewed and responded to email from Mr. Begnaud regarding correspondence with Mr. Preston. | 0.40 125.00/hr | 50.00 |
| 9/23/2010 | DAB | Reviewed and responded to email from Jim Begnaud regarding the disposition of the assets.  Drafted email to Greg Hays regarding correspondence with Kline Preston. | 0.20 125.00/hr | 25.00 |
| 9/28/2010 | DAB | Telephone call to Kline Preston regarding the review and disposition of the assets.  Discussed issues with Jim Begnaud regarding correspondence with Scott Riddell and Mr. Preston. | 0.20 125.00/hr | 25.00 |
| 10/4/2010 | DAB | Drafted email to and reviewed email from Kline Preston regarding the release of the assets and records.  Discussed issues with Jim Begnaud regarding same. | 0.20 125.00/hr | 25.00 |
| 10/6/2010 | JRB | Drafted emails to and in response to emails from Preston Kline regarding the property.  Discussions with Jim Frenzel regarding same. | 0.90 275.00/hr | 247.50 |

**CM Vaughn LLC**

|  |  |  | Page | 6 |
|---|---|---|---|---|
|  |  |  | <u>Hrs/Rate</u> | <u>Amount</u> |
| 10/19/2010 DAB | Drafted email to Kline Preston regarding the recovery of the office inventory. Discussed issues with Jim Begnaud regarding same. Reviewed and responded to email from Mr. Begnaud regarding same. | | 0.30<br>125.00/hr | 37.50 |
| 10/25/2010 DAB | Telephone call to Kline Preston regarding the recovery of the assets and records. | | 0.20<br>125.00/hr | 25.00 |
| 11/1/2010 DAB | Follow up telephone call to Kline Preston regarding the removal of the assets. | | 0.20<br>125.00/hr | 25.00 |
| 12/16/2010 DAB | Met with Dan Carlyle at the storage facility to review assets. Discussed issues with Jim Begnaud regarding same. | | 1.00<br>125.00/hr | 125.00 |
| 12/20/2010 DAB | Met with Dan Carlye for inspection of inventory. Made preparations to remove from the storage facility. | | 1.50<br>125.00/hr | 187.50 |
| 1/4/2011 DAB | Telephone calls to and from Dan Carlye regarding the removal of the office equipment. | | 0.20<br>125.00/hr | 25.00 |
| 1/7/2011 DAB | Reviewed emails from Greg Hays and Jim Begnaud regarding turnover of the records and assets. | | 0.20<br>125.00/hr | 25.00 |
| 1/21/2011 DAB | Email correspondence with Dan Carlyle regarding the recovery of the asssets. | | 0.20<br>125.00/hr | 25.00 |
| 1/24/2011 DAB | Email correspondence to and from Dan Carlyle regarding the removal of the assets. | | 0.20<br>125.00/hr | 25.00 |
| 1/26/2011 DAB | Reviewed and responded to emails from Dan Carlyle and Kline Preston regarding the recovery of the assets. Discussed issued with Jim Begnaud regarding same. | | 0.20<br>125.00/hr | 25.00 |
| 2/4/2011 DAB | Emails to and from Dan Carlyle regarding the removal of the remaining assets and records from the storage facility. | | 0.20<br>125.00/hr | 25.00 |
| 2/14/2011 DAB | Reviewed and responded to email from Dan Carlyle regarding the recovery of the remaining records and assets. | | 0.20<br>125.00/hr | 25.00 |
| 2/17/2011 DAB | Reviewed and organized remaining records at the storage facility for final pick up by judgment creditor. Emails to and from Dan Carlyle regarding the document recovery. | | 0.40<br>125.00/hr | 50.00 |
| 2/25/2011 DAB | Reviewed and responded to email from Dan Carlyle regarding removal of remaining records. | | 0.20<br>125.00/hr | 25.00 |
| 7/27/2011 DAB | Reviewed remaining records at the storage facility for the determination of abandonment. | | 0.40<br>125.00/hr | 50.00 |
| 8/2/2011 DAB | Discussed issues with Jim Begnaud regarding a listing of the remaining records. | | 0.20<br>125.00/hr | 25.00 |
| | Subtotal | | 16.30 | 2,550.50 |

<u>**Data Analysis**</u>

| | | | | |
|---|---|---|---|---|
| 9/11/2008 JNH | Indexed 2005 & 2006 Vaughn tax returns and scanned and saved all on the network for future reference. | | 1.10<br>100.00/hr | 110.00 |
| 9/16/2008 JNH | Reviewed and responded to email from Nancy Overholtzer regarding tax returns. | | 0.20<br>100.00/hr | 20.00 |

**CM Vaughn LLC**                                                                      Page        7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/16/2008 | JRB | Prepared zip files of large documents to send to the Trustee. | 0.30 230.00/hr | 69.00 |
|  | MCK | Reviewed and responded to emails regarding new businesses. Researched forensic data recovered and exported relevant documents. Prepared summary emails to Trustee and team for further review. | 1.30 230.00/hr | 299.00 |
| 9/17/2008 | MCK | Researched and examined forensic data. Reviewed and responded to emails regarding files recovered. | 0.60 230.00/hr | 138.00 |
| 9/24/2008 | MCK | Reviewed and responded to emails and attachments regarding new documents received. | 0.30 230.00/hr | 69.00 |
| 9/25/2008 | MCK | Reviewed and responded to emails regarding new documents produced and related case matters. | 0.30 230.00/hr | 69.00 |
| 9/29/2008 | MCK | Reviewed and responded to emails regarding Vaughn. | 0.20 230.00/hr | 46.00 |
| 11/12/2008 | MCK | Telephone call from former employee regarding year end documents. Prepared summary email regarding same. Responded to additional emails. | 0.30 230.00/hr | 69.00 |
| 1/16/2009 | MCK | Reviewed email regarding investor listing. Researched data and files. Telephone call to Jim Begnaud to discuss. Responded to emails. | 0.30 250.00/hr | 75.00 |
| 2/12/2009 | DAB | Telephone calls from Richard Hunter regarding records storage. Reviewed warehouse inventory of items and discussed with Mr. Hunter. | 0.30 110.00/hr | 33.00 |
| 2/17/2009 | DAB | Reviewed and responded to several emails from Julie Hentosz regarding the inventory of records. Reviewed pallets of inventory for determination of appropriate storage cost. | 0.40 110.00/hr | 44.00 |
| 1/28/2010 | JRB | Email correspondence from and to Nancy Overholtzer regarding case files and records to be transferred to her office. Identified records and responded to her request. | 0.40 275.00/hr | 110.00 |
| 2/24/2010 | JRB | Researched and located records for transport to Neil Gordon. | 0.60 275.00/hr | 165.00 |
| 6/23/2010 | JRB | Reviewed files and records for information regarding Ernie Quarles' interview and documents. | 0.60 275.00/hr | 165.00 |
| 1/5/2011 | JRB | Organized and filed case records and work product for offsite storage and safe keeping. | 1.10 275.00/hr | 302.50 |
| 3/15/2011 | DAB | Reviewed boxed records and inventoried per Jim Begnaud. | 0.20 125.00/hr | 25.00 |
| 4/8/2011 | DAB | Reviewed remaining records at the storage facility for the determination of abandonment. | 0.30 125.00/hr | 37.50 |
|  |  | Subtotal | 8.80 | 1,846.00 |

**Fee / Employment Applications & Objection**

|  |  |  |  |  |
|---|---|---|---|---|
| 9/18/2008 | JCC | Reviewed August prebill. Edited and made changes accordingly. | 0.30 100.00/hr | 30.00 |
| 9/23/2008 | SGH | Reviewed fee application. Drafted email to Jim Begnaud regarding changes to fee application and appropriate discount. | 0.40 350.00/hr | 140.00 |

**CM Vaughn LLC**

Page    8

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/20/2008 | JRB | Travel time to and from hearing. | 1.00<br>115.00/hr | 115.00 |
| | JRB | Prepared for and attended first interim fee application hearing in the case. | 0.50<br>230.00/hr | 115.00 |
| 12/1/2009 | JRB | Telephone call to Trustee's office regarding preparation and timing of submission of fee applications. Discussed case issues with Trustee's Para Legal. | 0.40<br>250.00/hr | 100.00 |
| 3/24/2011 | JCC | Performed review and edit of February time slip entries for fees and expenses. | 0.20<br>150.00/hr | 30.00 |
| 8/15/2011 | JRB | Reviewed and edited time slips for fees and expenses for July 2011. | 0.40<br>275.00/hr | 110.00 |
| 11/7/2011 | JRB | Reviewed and edited fee entries for the prior three years for filing of the second interim fee application | 1.50<br>275.00/hr | 412.50 |
| 11/8/2011 | JRB | Continued preparation of second interim fee application for the three year period 2008 through 2011. | 1.10<br>275.00/hr | 302.50 |
| 11/9/2011 | JRB | Continued preparation of second interim fee application which includes fee and expense entries for the prior three years. | 0.80<br>275.00/hr | 220.00 |
| 11/10/2011 | JRB | Continued preparation of second interim fee application for the period 2008 through 2011. | 0.70<br>275.00/hr | 192.50 |
| 11/11/2011 | JRB | Continued preparation of second interim fee application for HFC covering three years. | 1.50<br>275.00/hr | 412.50 |
| | | Subtotal | 8.80 | 2,180.00 |

**Litigation Consulting**

| | | | | |
|---|---|---|---|---|
| 9/9/2008 | JRB | Preparation for meeting with Postal Inspector, FBI investigator and Assistant US Attorney. | 0.80<br>230.00/hr | 184.00 |
| 9/10/2008 | MCK | Prepared for and attended meeting with Trustee, team, and Federal agents regarding Vaughn case. Prepared notes regarding items to review and research. | 2.90<br>230.00/hr | 667.00 |
| | JRB | Prepared for and attended meeting with Postal Inspector, FBI investigator, two Assistant US Attorneys and the Bankruptcy Trustee regarding the overall case history and case documents. | 2.60<br>230.00/hr | 598.00 |
| 9/18/2008 | JCC | Prepared all Vaughn proof of claims and forwarded to Bryan Harvey with FBI. | 0.50<br>100.00/hr | 50.00 |
| 10/28/2008 | JRB | Analyzed subpoena from Department of Justice regarding documents and records in the case. | 0.40<br>230.00/hr | 92.00 |
| 10/29/2008 | JRB | Telephone call to Brian Harvey regarding the subpoena for documents and records. Reviewed index of records and electronic files for compliance. | 2.30<br>230.00/hr | 529.00 |
| 10/30/2008 | JNH | Reviewed and made lists of all in-house documents and work product we have in preparation for the meeting with the FBI next week. | 1.00<br>100.00/hr | 100.00 |
| | JRB | Continued to review and analyze documents to respond to Federal subpoena demand for records. Discussions with Julie Hentosz regarding same. | 1.50<br>230.00/hr | 345.00 |

**CM Vaughn LLC**

Page        9

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2008 | JRB | Prepared for meeting with FBI Investigator regarding records and documents. | 0.80 230.00/hr | 184.00 |
| | MCK | Reviewed and responded to emails regarding equipment and meeting with federal officials. Telephone call to Jim Begnaud to discuss same. | 0.30 230.00/hr | 69.00 |
| 11/5/2008 | JRB | Continued preparation for meeting with FBI investigator regarding records and documents. | 1.10 230.00/hr | 253.00 |
| | JRB | Drafted email correspondence to Nancy Overholtzer regarding investor information. | 0.40 230.00/hr | 92.00 |
| 11/6/2008 | JNH | Prepared for and attended meeting with Jim Begnaud and FBI regarding our work product and what records they want from us. Prepared documents and files to be sent to FBI. | 3.00 100.00/hr | 300.00 |
| | JRB | Prepared for and met with FBI investigator regarding subpoena of records and documents. | 2.60 230.00/hr | 598.00 |
| 11/7/2008 | JRB | Drafted email correspondence to FBI Investigator regarding Access database file. | 0.20 230.00/hr | 46.00 |
| 11/10/2008 | JNH | Prepared all bank statements and investor files to be sent to FBI. Scheduled for a courier pick-up. | 0.40 100.00/hr | 40.00 |
| 11/12/2008 | JRB | Telephone call from Bryan Harvey regarding case documents and case records. Analyzed funds tracing database regarding questions from Bryan. | 0.70 230.00/hr | 161.00 |
| 11/13/2008 | JRB | Analyzed funds tracing database regarding questions from Bryan Harvey. Responded to Mr. Harvey with findings. | 1.40 230.00/hr | 322.00 |
| 11/14/2008 | JRB | Researched funds database for information regarding transactions involving asset purchases. Reported findings to FBI investigator. | 1.60 230.00/hr | 368.00 |
| 11/24/2008 | JRB | Telephone call from Nancy Overholtzer regarding Grand Jury subpoena and production of documents. | 0.40 230.00/hr | 92.00 |
| 12/3/2008 | JRB | Telephone call to Nancy Overholtzer regarding preference issues and tax return preparation. | 0.30 230.00/hr | 69.00 |
| 12/4/2008 | JNH | Reviewed the transaction database to filter out possible preference payments and prepared lists for the Trustee. | 1.50 100.00/hr | 150.00 |
| | RFH | Reviewed and responded to email from Julie Hentosz regarding preference Investigation research. Researched Lexis-Nexis and other documents for individuals to include in investigation. | 0.50 195.00/hr | 97.50 |
| | JRB | Discussion regarding preparation of listing of potential preference actions with Julie Hentosz. | 0.30 230.00/hr | 69.00 |
| 12/8/2008 | JNH | Reviewed the bank statements to find large amounts of withdrawals to include In the preference analysis. | 0.90 100.00/hr | 90.00 |
| 12/17/2008 | JRB | Continued preparation of preference payment listing. | 0.70 230.00/hr | 161.00 |
| 12/22/2008 | JNH | Reviewed the transaction database and designed queries for possible preference issues. Printed out a spreadsheet of >$5,000 withdrawals for the Trustee to review. | 1.20 100.00/hr | 120.00 |
| | JRB | Reviewed preference schedule prepared by Julie Hentosz. Discussed Issues with Julie Hentosz. | 0.80 230.00/hr | 138.00 |

**CM Vaughn LLC**                                                                    Page       10

|            |     |                                                                                                                    | Hrs/Rate         | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 1/9/2009   | JNH | Continued working on the preference analysis for the Trustee. Completed preparation of binder with print-outs of the database for the Trustee. | 1.60 110.00/hr   | 176.00 |
| 1/15/2009  | JRB | Analyzed and prepared preference payment listing.                                                                    | 2.30 250.00/hr   | 575.00 |
| 1/16/2009  | JRB | Continued preparation of preference payment listing. Analyzed payments to certain investors and payments to American Express Company. | 2.10 250.00/hr   | 525.00 |
| 1/19/2009  | JRB | Continued to analyze cash transactions during preference period.                                                     | 2.40 250.00/hr   | 600.00 |
| 1/20/2009  | JRB | Continued research and analysis of cash transactions during preference period.                                       | 1.60 250.00/hr   | 400.00 |
| 10/8/2009  | RFH | Discussed issues with Jim Begnaud regarding Writ of Execution from judgment creditor for assets. Reviewed the Writ and attached documents. Drafted email to Neil Gordon regarding same. | 0.30 210.00/hr   | 63.00  |
|            | JRB | Prepared schedule of disbursements greater than $5,000 and submitted same to the Trustee's office.                   | 1.40 250.00/hr   | 350.00 |
| 3/1/2010   | SGH | Conference call with Sean Kulka and Jim Begnaud regarding complaints being filed and additional forensic accounting work. | 0.30 400.00/hr   | 120.00 |
|            | JRB | Reviewed Expert's report on "Ponzi Scheme" from SGH.  Reviewed investor database to refresh memory.                  | 0.70 275.00/hr   | 192.50 |
| 6/22/2010  | JCC | Researched documents to locate organization chart per request of FBI investigator. Recovered same and submitted.     | 1.00 150.00/hr   | 150.00 |
|            | JRB | Telephone call from Bryan Harvey requesting information.  Drafted correspondence and submitted findings to Bryan and Nancy Overholtzer. | 1.80 275.00/hr   | 495.00 |
| 6/28/2010  | JRB | Prepared DVD of data for submission to Neil Gordon and Bryan Harvey of the FBI.                                      | 0.70 275.00/hr   | 192.50 |
| 2/24/2011  | SGH | Telephone call from Neil Gordon regarding serving as an expert witness in the case. Discussed status of pending adversaries and issues in the case. Drafted email to Jim Begnaud regarding the analysis and records to be produced. | 0.70 400.00/hr   | 280.00 |
| 2/25/2011  | SGH | Researched for information for drafting an expert report. Discussed issues with Jim Begnaud.                          | 0.40 400.00/hr   | 160.00 |
| 3/15/2011  | JRB | Preparation of expert witness analysis regarding possible Ponzi scheme being executed by the Debtors.                | 0.50 275.00/hr   | 137.50 |
| 3/30/2011  | JRB | Continued to prepare expert witness report regarding Ragland  adversary. Organized debtor records for shipment to Counsel's office. | 1.40 275.00/hr   | 385.00 |
|            | JRB | Drafted expert witness report regarding Ponzi scheme.                                                                | 2.60 275.00/hr   | 715.00 |
| 3/31/2011  | JRB | Continued to draft expert witness report regarding  the operation of a Ponzi scheme.                                 | 1.70 275.00/hr   | 467.50 |
|            | JRB | Discussed issues regarding expert witness report with Greg Hays and continued to prepare the report.                 | 1.80 275.00/hr   | 495.00 |
| 4/1/2011   | JRB | Review and edited draft of Expert Witness report regarding a Ponzi scheme.                                           | 1.70 275.00/hr   | 467.50 |

**CM Vaughn LLC**
                                                                Page      11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2011 | SGH | Reviewed the draft of the Ponzi expert report. | 0.50<br>400.00/hr | 200.00 |
| 4/6/2011 | JRB | Continued preparation of expert witness report regarding Ponzi scheme. | 0.80<br>275.00/hr | 220.00 |
| 6/7/2011 | SGH | Telephone call from Neil Gordon and Sean Kulka regarding the letter declaring the Debtor was conducting a Ponzi scheme. Continued the call with Jim Begnaud and discussed the letter needed. | 0.40<br>400.00/hr | 160.00 |
|  | SGH | Reviewed initial draft of the letter to American Express and drafted an email regarding same to Jim Begnaud. | 0.40<br>400.00/hr | 160.00 |
|  | JRB | Drafted letter regarding summation of activities and findings in the case for the Trustee regarding the Ragland litigation. | 1.40<br>275.00/hr | 385.00 |
| 6/8/2011 | JRB | Prepared second draft of letter regarding summation of activities and findings in the case for the Trustee regarding the Ragland litigation. | 1.30<br>275.00/hr | 357.50 |
|  | SGH | Reviewed draft of letter regarding the Ponzi scheme in connection with the American Express litigation. Telephone call to Jim Begnaud regarding same and discussed edits to the letter. | 0.50<br>400.00/hr | 200.00 |
| 6/9/2011 | JRB | Prepared third draft of letter regarding summation of activities and findings in the case for the Trustee regarding the Ragland litigation. | 1.40<br>275.00/hr | 385.00 |
|  | JRB | Prepared final draft of letter regarding summation of activities and findings in the case for the Trustee regarding the Ragland litigation. | 0.40<br>275.00/hr | 110.00 |
| 6/15/2011 | JRB | Continued preparation of the Ponzi letter in support of adversary relating to the Ragland payments. | 0.60<br>275.00/hr | 165.00 |
| 6/16/2011 | JRB | Continued  to draft, edit and review the Ponzi letter related to the Ragland adversary. | 0.50<br>275.00/hr | 137.50 |
| 6/17/2011 | JRB | Continued preparation of Ponzi letter related to the Ragland adversary and negotiations. | 0.60<br>275.00/hr | 165.00 |
| 6/20/2011 | SGH | Reviewed and edited the letter regarding Vaughn operating a Ponzi scheme. Discussed changes with Jim Begnaud. | 0.20<br>400.00/hr | 80.00 |
|  | JRB | Finalized draft of the Ponzi letter related to the Ragland adversary and discussed same with Greg Hays. | 1.10<br>275.00/hr | 302.50 |
| 6/23/2011 | JRB | Discussion with Fred Tulley regarding preference analysis and insider payment information to be obtained for possible litigation. | 0.50<br>275.00/hr | 137.50 |
| 6/28/2011 | JRB | Reviewed schedules regarding payments to insiders and major vendors. | 0.60<br>275.00/hr | 165.00 |
| 7/25/2011 | JRB | Telephone call from DOJ associate requesting information regarding case documents and files. Reviewed records index and files in storage. Telephone call to Mark King regarding same. | 1.40<br>275.00/hr | 385.00 |
| 7/27/2011 | JRB | Continued search for records for turnover to DOJ. Telephone call from Shanya Daingle. | 0.80<br>275.00/hr | 220.00 |

**CM Vaughn LLC**                                                          Page      12

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/1/2011 | JRB | Email correspondence with US Attorney's office regarding documents and forensic data files. Corresponded with Trustee regarding same. Prepared schedule of hard drives and submitted to US Attorney's office. | 1.40 275.00/hr | 385.00 |
| 8/3/2011 | JRB | Prepared package of hard drives for US Attorney's office. | 0.50 275.00/hr | 137.50 |
|  |  | Subtotal | 73.20 | 17,388.50 |

**Reconstruction Accounting**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/2/2008 | JNH | Reviewed and responded to email from Nancy Overholtzer regarding the BOA subpoenaed documents. | 0.30 100.00/hr | 30.00 |
| 9/4/2008 | JNH | Telephone call to BOA regarding subpoenaed documents. FINALLY talked to them. | 0.60 100.00/hr | 60.00 |
| 9/22/2008 | JNH | Telephone call from BOA regarding subpoenaed records. | 0.30 100.00/hr | 30.00 |
|  | JRB | Reviewed and analyzed bank statements from Amy Greybeal. | 0.60 230.00/hr | 138.00 |
| 9/23/2008 | JNH | Reviewed bank records of Amy Graybeal's personal account to identify large deposits. Updated the transaction database with same. | 1.80 100.00/hr | 180.00 |
| 9/24/2008 | JRB | Reviewed and analyzed data from Trustee's office regarding apartment applications for Vaughn and Marie Bodensik.  Telephone call to Nancy Overholtzer regarding same. | 0.70 230.00/hr | 161.00 |
| 11/10/2008 | JNH | Prepared a binder with printouts of the transaction access database. | 0.80 100.00/hr | 80.00 |
|  | JRB | Reviewed and finalized the funds tracing reports for submission to the Trustee. | 0.80 230.00/hr | 184.00 |
| 11/11/2008 | JNH | Continued printing transaction database for the document binder. | 1.50 100.00/hr | 150.00 |
| 11/12/2008 | JNH | Continued printing transaction database to put in the binder. | 1.10 100.00/hr | 110.00 |
|  |  | Subtotal | 8.50 | 1,123.00 |

**Tax Issues**

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/9/2009 | JRB | Prepared tax report from the cash database for debtor entities. | 0.60 250.00/hr | 150.00 |
| 1/15/2009 | JNH | Located and prepared overnight package of tax files to send to investor. | 0.40 110.00/hr | 44.00 |
| 3/31/2009 | DA | Discussed tax return preparation and assembly of with Jim Begnaud. | 0.20 250.00/hr | 50.00 |
| 4/10/2009 | DA | Prepared and participated in a phone call with  legal Nancy Overholtzer 404-870-5623 concerning prior tax return information for Vaughn cases. She is going to review files and see what she can find. | 0.20 250.00/hr | 50.00 |

**CM Vaughn LLC**                                                        Page     13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/22/2009 | DA | Gathered information from prior years to determine which returns, if any, need to be filed for prior years. | 2.00 250.00/hr | 500.00 |
| 5/27/2009 | DA | Reviewed case file to develop facts for 2008 tax return. | 2.00 250.00/hr | 500.00 |
|  | DA | Exchanged e-mails with trustee regarding estate tax identification number. | 0.10 250.00/hr | 25.00 |
| 6/2/2009 | DA | Assembled 2008 tax return drafts for delivery to the Trustee for his thoughts and review. | 0.40 250.00/hr | 100.00 |
|  | DA | Responded to a series of e-mails from Trustee's office concerning the 2008 returns prepared for Charles M. Vaughn and his LLC entities. | 0.20 250.00/hr | 50.00 |
| 6/4/2009 | DA | Revised draft forms to remove specified LLC entities. | 0.10 250.00/hr | 25.00 |
| 6/8/2009 | DA | Updated the 2008 tax return for Vaughn, discussed case with Jim Begnaud and sent a series of e-mails to trustee requesting additional information. | 1.00 250.00/hr | 250.00 |
| 6/10/2009 | DA | Updated schedule to determine gains and losses on asset dispositions of Vaughn. Exchanged e-mails with trustees office for information and discussed same with Jim Begnaud. | 0.30 250.00/hr | 75.00 |
| 6/11/2009 | DA | Additional review and research on the 2008 tax return files. Exchanged e-mails and phone calls with Trustees office to ascertain the facts. Printed return and sent copy to the Trustee. | 1.00 250.00/hr | 250.00 |
|  | JRB | Researched and ascertained the tax basis in Trowbrook house previously owned by Charles Vaughn. Drafted correspondence to Dick Atcheson and Nancy Overholtzer regarding same. | 0.40 250.00/hr | 100.00 |
| 8/24/2009 | MCK | Reviewed and responded to emails regarding tax returns and related matters. | 0.20 250.00/hr | 50.00 |
| 8/25/2009 | DA | Mailed 2008 tax return to Trustee for signing and filing. | 0.20 250.00/hr | 50.00 |
| 12/29/2009 | DA | Reviewed IRS notice regarding Form 945 filing. Reviewed file to confirm these types of reports not filed by our office. Advised Trustee of findings via e-mail. | 0.30 250.00/hr | 75.00 |
| 1/25/2010 | DA | Drafted e-mail to Trustee to request 2009 financial information to begin work on the 2009 tax return. | 0.20 250.00/hr | 50.00 |
| 4/5/2010 | DA | Reviewed Trustee reports to produce financial's for 2009 tax return preparation. Input data into returns and reviewed to make sure the returns complete. Prepared sign off and transmittal report. | 2.20 250.00/hr | 550.00 |
| 4/8/2010 | DA | Processed 2009 tax return to Mr. Gordon, Trustee, via cover letter and e-mail instructions. Performed final review of the tax returns. | 0.40 250.00/hr | 100.00 |
| 4/29/2010 | DA | Prepared 505b letter to IRS to request determination on the 2009 tax return. | 0.30 250.00/hr | 75.00 |
| 4/30/2010 | DA | Processed 505b letter to the IRS concerning the 2009 tax return. | 0.30 250.00/hr | 75.00 |
| 3/4/2011 | JJ | Met with Mike McClellan regarding information needed to file Federal and State 2010 income tax filing extensions. | 0.20 250.00/hr | 50.00 |

**CM Vaughn LLC**                                                    Page      14

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/15/2011 | JJ | Met with Jim Begnaud re: CMV LLC extension (disregarded entity) Filed by Charles Vaughn individually. Research Vaughn owned entities (CTC; Idertainment) | 0.60 250.00/hr | 150.00 |
| 3/29/2011 | JRB | Discussed tax issues and prior treatments with Jim Jennings. | 0.40 275.00/hr | 110.00 |
| 3/30/2011 | JJ | Reviewed Form 1 data sent by Angela Ford. Discussed briefly with Jim Begnaud (receipts and disbursements data for 2010 tax return preparation). | 1.00 250.00/hr | 250.00 |
| | JRB | Analyzed two recovery transactions for income tax liability issues. | 0.30 275.00/hr | 82.50 |
| | JJ | Reviewed cash receipts data for 2010 researched the origin of $25,000 "accounts receivable" recovery as stated in form 2, and insider payment recovery of $25,000. Discussed taxability of each transaction with Jim Begnaud | 1.00 250.00/hr | 250.00 |
| 4/2/2011 | JJ | Researched issue of net operating losses that arose in 2008: applicability of code section 172 and 1398 covering Administrative expenses of bankrupt estate and their deductibility. Discussed same with Bill Harshman and reviewed Grant Newton treatise on insolvency vis a vis tax issues. | 2.60 250.00/hr | 650.00 |
| 4/3/2011 | JJ | Prepared memorandum to Greg Hays on deductibility of $386,000 in expenses that arose in 2008 and net operating loss carryforward in coordination with Code Sec 1398, for discussion with trustee. | 1.40 250.00/hr | 350.00 |
| 4/5/2011 | JJ | Finalized extension for 2010. | 0.20 250.00/hr | 50.00 |
| | JJ | Met with J Begnaud regarding breakdown of case expenses between trade or business, administrative, and personal (for amending prior year returns) | 0.40 250.00/hr | 100.00 |
| 4/6/2011 | JRB | Drafted email correspondence to Greg Hays regarding 2010 tax returns. Discussion with Jim Jennings regarding same. | 0.60 275.00/hr | 165.00 |
| 4/14/2011 | JJ | Met with Jim Begnaud regarding: allocation of fees between trade or business and case administration matters. Reviewed prior year files (contd) | 0.40 250.00/hr | 100.00 |
| 5/2/2011 | JJ | Reviewed Form 2 issued through 3/31/2011(analysis of taxable income) | 0.60 250.00/hr | 150.00 |
| 5/3/2011 | JJ | Discussed missing information for 2010 with J Begnaud - facts regarding Vivian Drake recovery to determine taxability; 2007 return (existence of); 2008/2009 recovery analysis | 0.20 250.00/hr | 50.00 |
| 5/5/2011 | JJ | Prepared analysis of all recoveries since inception to review taxability. (capital, personal use, trade or business; recoveries previously written off). Submitted to J. Begnaud for review and confirmation. | 1.00 250.00/hr | 250.00 |
| 6/20/2011 | SGH | Reviewed tax issues with Jim Jennings and discussed the need for the Power of Attorney for the Trustee. Arranged for the Trustee to sign the POA forms. | 0.20 400.00/hr | 80.00 |

**CM Vaughn LLC**

Page    15

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/20/2011 JJ | Preparation of Power of attorney form 2848 for 2003-2008 returns (pursuant to requesting Master File Transcripts)(1.00). Discussed with Scott Askue. Made revisions (.40). Discussed briefly with Greg Hays pursuant to his submittal to the Trustee (.20). | 1.60 250.00/hr | 400.00 |
| 7/7/2011 JJ | Extensive time spent on telephone with three IRS agents regarding Vaughn Power of Attorney. Received instructions regarding approval (send to Memphis to enter system before agents will discuss with me) (1.00) | 1.00 250.00/hr | 250.00 |
| 7/8/2011 SJ | Discussed the power of attorney with Jim Jennings, prepared postage, and faxed the same to the IRS. | 0.30 125.00/hr | 37.50 |
| JJ | Prepared letter to IRS to accompany Power of Attorney, requesting Master File Transcripts for years ended 12/31/2005, 12/31/2006, 12/31/2007,and 12/31/2008. Instructed Samantha Jose on faxing and mailing Power of Attorney and letter request (analyze NOL carryforwards). | 1.00 250.00/hr | 250.00 |
| 7/11/2011 JJ | Phone conversation with Priscilla Orr of IRS Bankruptcy unit regarding Vaughn case and request for information. Took down information request and referred me to Glenda Collins (case assignee). Discussed status with Jim Begnaud regarding same and requested background on 2010 recoveries scheduled on Form 2. (.60) | 0.60 250.00/hr | 150.00 |
| 7/13/2011 JJ | Read/reviewed Vivian Drake settlement (2010) for $25,000 recovery. Worked with Jim Begnaud in order to determine if taxable (.40). | 0.40 250.00/hr | 100.00 |
| JJ | Went to IRS Service Center in Atlanta in order to request Master File Transcript for 2007 (Power of Attorney not yet entered into the system) (1.00). | 1.00 250.00/hr | 250.00 |
| 7/14/2011 JJ | Discussed Vivian Drake and Bryant Batt settlements in 2010 with Jim Begnaud. Finalized schedule of recoveries which analyzes taxability of recoveries during 2008-2010 (1.60) | 1.60 250.00/hr | 400.00 |
| JJ | Prepared drafts of 2010 Federal 1041 and 1040 attachment (1.40). Prepared Georgia Form 501 and Form 500 attachment (1.00) | 2.40 250.00/hr | 600.00 |
| 7/23/2011 JJ | Reviewed Master File Transcript for year ended 12.31.07 (data requested from the IRS). Prepared report of findings. | 2.00 250.00/hr | 500.00 |
| 7/25/2011 SJ | Reviewed e-mails from Jim Jennings. Edited memo regarding 2008 tax reporting and drafted e-mail to Jim Jennings with the same attached. Printed related spreadsheet. | 0.20 125.00/hr | 25.00 |
| 7/28/2011 JRB | Prepared schedule of amounts demanded in the American Express Adversary and the potential income tax impact on the several years effected. | 1.00 275.00/hr | 275.00 |
| JJ | Discussed issue of prior year NOLs with Bill Harshman (confirming), in the event that amended returns are prepared for 2008,2006, and 2005, and original return for 2007. | 0.60 250.00/hr | 150.00 |

**CM Vaughn LLC**

Page      16

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/29/2011 | JJ | Discussed AMEX recovery in 2011 with J. Begnaud (recovery potential; character of recovery from the standpoint of taxability; reviewed breakdown of AMEX expenditures by year  which served as basis for complaint filed by Trustee for fraudulent transfer (2005,2006,2007) (.20) | 0.20 250.00/hr | 50.00 |
| 8/1/2011 | SGH | Discussion of tax issues with Jim Jennings regarding the 2007 return and the 2010 return. | 0.20 400.00/hr | 80.00 |
| 8/2/2011 | JRB | Continued investigation regarding filing amended returns to correct issues and prefect net loss carry forwards.  Discussed same with Jim Jennings. | 1.30 275.00/hr | 357.50 |
| | JJ | Revised 2010 estate returns and wrote detailed memo for status/update regarding  2007 returns not filed and corresponding losses potentially carried forward. | 1.00 250.00/hr | 250.00 |
| 8/3/2011 | JRB | Discussed tax issues effecting several years for the Debtor and Estate. | 1.00 275.00/hr | 275.00 |
| 8/5/2011 | SGH | Reviewed issues regarding the tax returns for 2010 and 2007 with Jim Jennings and Jim Begnaud. | 0.30 400.00/hr | 120.00 |
| | JRB | Discussed the tax issues for the several years with Jim Jennings and Greg Hays regarding carryback losses and future recoveries. | 1.30 275.00/hr | 357.50 |
| 8/8/2011 | JRB | Continued discussion and analysis of tax issues for several years with Jim Jennings regarding carryback losses and future pending recoveries. | 0.50 275.00/hr | 137.50 |
| | JJ | Revised 2010 return to include writeoff of non-business bad debt (Bryant Batt recovery). (1.00) | 1.00 250.00/hr | 250.00 |
| 8/9/2011 | JJ | Revised 2010 tax returns and submitted to Jim Begnaud for transmittal (1.00) | 1.00 250.00/hr | 250.00 |
| 8/12/2011 | JRB | Final review of 2007 through 2010 tax issues and return for 2010.  Drafted email to Trustee regarding same. | 1.10 275.00/hr | 302.50 |
| 8/15/2011 | JJ | Revised 2010 form 1041 and regarding-processed (1.00). | 1.00 250.00/hr | 250.00 |
| 8/17/2011 | SJ | Discussed mailing of 2010 tax returns with Jim Jennings and prepared the same. Printed transmittal letter again and discussed with Jim Begnaud. | 0.40 125.00/hr | 50.00 |
| | SJ | Discussed corrections to transmittal letter with Jim Begnaud. Corrected the transmittal letter, obtained Jim Begnaud's signature, and prepared FedEx to Neil Gordon. | 0.20 125.00/hr | 25.00 |
| 8/18/2011 | JJ | Instructed Samantha Jose on filing package to be sent to Trustee Neil Gordon (.20) | 0.20 250.00/hr | 50.00 |
| 11/3/2011 | JRB | Prepared schedule of payments to American Express by year of disbursement to use as allocation basis of recovery. | 0.60 275.00/hr | 165.00 |
| 11/4/2011 | JJ | Met with Jim Begnaud regarding 2005-2007 American Express payments deducted ( pursuant to determining extent of taxability of 2011 American Express Recovery by Bankruptcy Estate). Discussed Case administration expenses estimated to be paid in 2011. | 0.60 250.00/hr | 150.00 |
| 11/7/2011 | JJ | Met with Jim Begnaud regarding request for schedule of 2011 recoveries (for tax projection). | 0.20 250.00/hr | 50.00 |

**CM Vaughn LLC**

Page    17

| | | | <u>Hrs/Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/8/2011 | JRB | Continued preparation of allocation basis regarding the Amex settlement. | 0.80<br>275.00/hr | 220.00 |
| | | Subtotal | 50.70 | 12,809.00 |
| | | **For professional services rendered** | **181.10** | **$40,008.50** |

Additional Charges :

**Expenses**

| | | |
|---|---|---|
| 9/30/2008 | Postage charges for September 2008. | 0.42 |
| 10/1/2008 | Document storage - October 2008 | 153.00 |
| 10/17/2008 | Update Information published on website | 20.00 |
| 10/31/2008 | Pacer on-line charges for period ended 9/30/08 | 31.20 |
| 11/1/2008 | Document storage - November 2008 | 153.00 |
| 11/10/2008 | Delivery cost to Arnall Golden Gregory 11/10/08 | 9.53 |
| 11/21/2008 | Expense Report - Jim Begnaud week ended 7/31/08<br>Parking: $13.00<br>Mileage: $11.70 | 24.70 |
| 11/30/2008 | Copying cost for November 2008. | 12.15 |
| | Postage charges for November 2008. | 0.42 |
| 12/1/2008 | Lexis Nexis period ended 11/30/08 | 1.87 |
| 12/2/2008 | Document storage - December 2008 | 153.00 |
| 1/17/2009 | Document storage - January 2009 | NO CHARGE |
| 1/19/2009 | Lexis Nexis fees for period ended 12/31/08 | 3.52 |
| 1/31/2009 | Copying cost for January 2009. | 73.50 |
| 2/4/2009 | Document storage - February 2009 | 153.00 |
| 2/9/2009 | FedEx to Sean McDonald 1/15/09 | 11.48 |
| 2/12/2009 | Pacer on-line charges for period 10/1/08 - 12/31/08 | 8.56 |
| 2/20/2009 | Telephone charges for 9/17/08 - 10/24/08 | 143.76 |
| 2/28/2009 | Postage charges for February 2009. | 0.42 |
| 3/31/2009 | Document storage - March 2009 | 153.00 |
| 4/30/2009 | Document storage - April 2009 | 153.00 |
| 5/5/2009 | Document storage - May 2009 | 153.00 |
| 5/21/2009 | Pacer on-line charges for period 1/1/09 - 3/31/09 | 2.56 |
| 6/6/2009 | Website maintenance for period 5/5/09 - 6/4/09 | 20.00 |
| 6/30/2009 | Copying cost for June 2009. | 5.55 |
| 7/13/2009 | Lacerte tax filing fees for period ended 6/15/09 | 36.72 |
| | GSCCCA copying cost for period ended 6/30/09 | 0.25 |
| 7/31/2009 | Pacer on-line charges for period ended 6/30/09 | 2.88 |
| 8/31/2009 | Copying cost for August 2009. | 2.40 |
| | Postage charges for August 2009. | 1.39 |
| 4/27/2010 | Lacerte tax filing fees for period ended 4/12/10 | 38.88 |
| 4/30/2010 | Postage for April 2010. | 3.29 |
| | Copying cost for April 2010. | 11.70 |
| 6/30/2010 | Postage for the month of June. | 0.78 |
| | Warehouse rent for June 2010. | 105.00 |
| 9/30/2010 | Document storage for the months of August and September. | 210.00 |
| 10/31/2010 | Document storage for October 2010. | 105.00 |

**CM Vaughn LLC**                                               Page      18

|  |  | Amount |
|---|---|---|
| 11/30/2010 | Document storage for October 2010. | 105.00 |
| 12/31/2010 | Document storage for December 2010. | 105.00 |
| 1/1/2011 | Document Storage for January 2011 | 30.00 |
| 2/28/2011 | Document Storage for February 2011 | 30.00 |
| 3/31/2011 | March document storage fee. | 30.00 |
| 4/22/2011 | Expense Report - Jim Jennings week ended 4/23/11 | 50.00 |
|  | Tax filing fees - 2008 Forms 1040 and 1041 |  |
| 4/25/2011 | Pacer on-line charges for period 1/1/11 - 3/31/11 | 2.32 |
| 4/30/2011 | Copies for April 2011 | 10.50 |
|  | Postage for April 2011 | 9.16 |
| 6/30/2011 | Copying cost for June 2011. | 3.75 |
|  | Fax for June 2011. | 0.25 |
| 7/1/2011 | Fax | 4.50 |
|  | Postage | 0.44 |
|  | Copying cost | 33.00 |
| 7/19/2011 | Pacer on-line charges for period 4/1/11 - 6/30/11 | 4.72 |
| 8/1/2011 | Copying cost | 40.50 |
| 8/17/2011 | FedEx to Neil Gordon | 18.37 |
| 10/26/2011 | Pacer on-line charges for period 7/1/11 - 9/30/11 | 21.20 |

                    Subtotal                                      2,457.64

CM Vaughn LLC

| | Amount |
|---|---|
| Total costs | $2,457.64 |

## CERTIFICATE OF SERVICE

This is to certify that I have served the foregoing **SECOND INTERIM APPLICATION OF HAYS FINANCIAL CONSULTING, LLC AS ACCOUNTANT FOR THE TRUSTEE FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES** via hand delivery to:

United States Trustee
352 Richard Russell Building
75 Spring Street, S.W.
Atlanta, Georgia 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 200
3343 Peachtree Road NE
Atlanta, GA 30326-1420

David W. Graybeal
1106 Marsh Trail Circle, NE
Atlanta, GA 30328

Scott B. Riddle
Suite 2250, 945 East Paces Ferry Road
Atlanta, GA 30326

This 17th day of November, 2011.

_____
Neil C. Gordon
State Bar No. 302387

4425031v1