# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| CM VAUGHN, LLC, ) | CASE NO. 08-64060-MGD |
| ) | LEAD CASE |
| Debtor. ) | |
| ) | |
| ) | |
| IN RE: ) | CHAPTER 7 |
| ) | |
| CHARLES MICHAEL VAUGHN, ) | CASE NO. 08-64071-MGD |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS INTO REGISTRY OF COURT

Neil C. Gordon, the Trustee of the named estates, hereby shows the following:

1. In accordance with 11 U.S.C. Section 347(a), payments have been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 2. The total sum of these checks is $2,856.39, which has been deposited with the Court for disposition pursuant to 28 U.S.C. Sections 2041 *et. seq.*

2. Pursuant to Federal Rules of Bankruptcy Procedure 3011, the last known name and address of each individual/entity whose initial dividend check has not been presented for payment and the amount that such individual/entity is entitled to be paid from the property of the estate which has been paid into the Court is as follows:

| **Name and Last Known Address** | **Amount** |
|---|---|
| Deborah A. Riley<br>302 Roma Ct.<br>Allen, TX 75013 | $ 58.79 |
| Deborah A. Riley<br>302 Roma Ct.<br>Allen, TX 75013 | $ 181.93 |

8681344v1

| | |
|---|---|
| Derek Towe<br>315 West Main Street<br>Ste 203<br>Hendersonville, TN 37075 | $ 1,176.00 |
| William and Crystal Dye<br>c/o Fleischmann & Fleischman<br>Suite 1000<br>735 Broad St.<br>Chattanooga, TN 37402 | $    76.33 |
| Elizabeth Morton<br>41108 N. Prestancia<br>Anthem, AZ  85086 | $ 1,363.34 |

                              ARNALL GOLDEN GREGORY LLP

                              <u>/s/ Neil C. Gordon</u>
                              Neil C. Gordon
                              State Bar No. 302387
                              Chapter 7 Trustee

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8596
Neil.Gordon@agg.com

8681344v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Notice of Deposit of Unclaimed Funds into Registry of Court was sent correctly addressed with proper postage by First Class U.S. Mail to the following:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

Deborah A. Riley
302 Roma Ct.
Allen, TX 75013-3033

Derek Towe
315 West Main Street
Ste 203
Hendersonville, TN 37075-7324

William and Crystal Dye
c/o Fleischmann & Fleischman
Suite 1000
735 Broad St.
Chattanooga, TN 37402-2905

Mr. & Mrs. William Dye
303 Pinehurst Circle
Chickamauga, GA 30707-1463

Elizabeth Morton
41108 N. Prestancia
Anthem, AZ  85086-3938

Elizabeth Morton
42424-N Gavilan Peak Pkwy
104-62
Anthem, AZ 85086-3701

CM Vaughn, LLC
P. O. Box 567712
Atlanta, GA 31156

Charles Michael Vaughn
P.O. Box 567712
Atlanta, GA 31156

This 30th day of March, 2016.

/s/ Neil C. Gordon
Neil C. Gordon, Trustee
State Bar No. 302387